Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __California__
                         (State)

Case number (If known): _____ Chapter __7__

FILED
JAN 08 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Priority Acquisitions, LLC.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  35 – 2569812

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 546 Weldon Avenue | 16996 Grovenor Drive |
   | Number   Street | Number   Street |
   | | P.O. Box |
   | Oakland    CA.    94610 | Castro Valley    CA.    94546 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | Alameda | **Location of principal assets, if different from principal place of business** |
   | County | Number   Street |
   | | |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**

Debtor  Priority Acquisitions, LLC.
Name

Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☐ No
   ☒ Yes. District __Northern California__ When __07/27/2023__ Case number __23-40913__
   MM / DD / YYYY

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☒ Yes. Debtor __Jeremy Ryan Musson__ Relationship __Managing Member__
    District __Northern California__ When __08/22/2023__
    MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.

    Case number, if known __23-41036__

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number   Street

    _____
    City                              State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3
Case: 24-40020   Doc# 1   Filed: 01/08/24   Entered: 01/08/24 12:16:48   Page 2 of 4

Debtor   Priority Acquisitions, LLC.                    Case number (if known)_____
         Name

| 13. Debtor's estimation of available funds | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/08/2024
             MM / DD / YYYY

X _____     Jeremy R. Musson
Signature of authorized representative of debtor     Printed name

Title  Managing Member

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 4

Debtor  Priority Acquisitions, LLC.                       Case number (if known)_____
        Name

18. **Signature of attorney**   ✗ _____    Date  _____
                                  Signature of attorney for debtor          MM  / DD / YYYY

                                  Printed name
                                  _____

                                  Firm name
                                  _____

                                  Number      Street
                                  _____

                                  City                                   State    ZIP Code

                                  Contact phone                          Email address

                                  Bar number                             State